No. 03–7760. DALLIO v. SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. ■

No. 03–8046. BURGESS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. ■

No. 03–8419. WRIGHT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied. ■

No. 03–8518. RIVERS v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 03–8527. REESE v. BUTLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8544. TERRY v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied. ■

No. 03–8547. ESTRADA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. ■

No. 03–8558. CHAUDHARY v. CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied. ■

No. 03–8567. OFFORD v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–8570. REDDING v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8574. PFINGSTEN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–8577. AMICK v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY, ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 03–8579. BURR v. STATE OF TEXAS COURT ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8585. ALDER v. CORRECTIONAL MEDICAL SERVICES ET AL. C. A. 6th Cir. Certiorari denied. ■